FRANK MARTELLO et al., Respondents, *v.* RICHMOND RAILWAYS, INC., Appellant.

(Argued April 19, 1934; decided May 22, 1934.)

*Bertram G. Eadie* for appellant.

*G. Everett Hunt* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.